UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEANETTE SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AHTNA ENGINEERING SERVICES, LLC, d/b/a ADVANCIA + AHTNA JOINT VENTURE, | ) CASE #4:24-cv-00541-SRB |
| And | ) |
| ADVANCIA TECHNOLOGIES, LLC, d/b/a ADVANCIA + AHTNA JOINT VENTURE | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ADVANCIA TECHNOLOGIES, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Advancia Technologies LLC ("Advancia") hereby moves for summary judgment because there is no genuine issue of material fact as to Plaintiff's claims, and because Advancia is entitled to judgment as a matter of law. In further support of its Motion, Advancia simultaneously submits its Memorandum in Support and the attached exhibits.

WHEREFORE, Defendant Advancia Technologies LLC moves the Court to grant its Motion for Summary Judgment, for its costs incurred, and for all other and further relief as the Court deems just and proper.

Date: May 2, 2025

Respectfully submitted,
LATHROP GPM LLP

By: */s/ Rebecca S. Yocum*
Rebecca S. Yocum, (MO #31149)
Brian N. Woolley, (MO #32541)
2345 Grand Blvd., Ste. 2200

80099943v1

1

Kansas City, MO 64108
Tele: 816-292-2000
Fax: 816-292-2001
Email: rebecca.yocum@lathropgpm.com
brian.woolley@lathropgpm.com

*Attorneys for Defendant Advancia Technologies, LLC*