IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEANETTE SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-00541-CV-W-SRB |
| AHTNA ENGINEERING SERVICES, LLC, et al., | ) |
| Defendants. | ) |

## DEFENDANT AHTNA ENGINEERING SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Ahtna Engineering Services, LLC ("Defendant") moves for summary judgment in its favor on all of Plaintiff's claims. Defendant incorporates its Suggestions in Support of Motion for Summary Judgment filed contemporaneously with this Motion as though fully set forth herein.

WHEREFORE, Defendant Ahtna Engineering Services, LLC, respectfully requests this Court enter summary judgment in its favor on all counts in Plaintiff's Complaint, dismiss this matter, award Defendant its reasonable fees and costs, and enter such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Jordan Kurdi*
Stacy M. Bunck, MO #53229
Jordan Kurdi, MO #72892
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
700 W. 47th Street, Suite 500
Kansas City, MO 64112
816.471.1301
816.471.1303 (*Facsimile*)
stacy.bunck@ogletree.com
jordan.kurdi@ogletree.com

**ATTORNEY FOR DEFENDANT AHTNA ENGINEERING SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Jordan Kurdi*
**ATTORNEY FOR DEFENDANT**
**AHTNA ENGINEERING SERVICES, LLC**