## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JEANETTE SCOTT, | |
| Plaintiff, | |
| v. | Case No.: 24-00541-CV-W-SRB |
| ADVANCIA TECHNOLOGIES, LLC, d/b/a ADVANCIA + AHTNA JOINT VENTURE, | |
| Defendant. | |

 **X**  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  Decision by Court.  This action came before the Court.  The issues have been determined, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the verdict returned on October 8, 2025, that the jury finds: In favor of Plaintiff Jeanette Scott for back pay in the amount of $80,000.00, non-economic losses in the amount of $20,000.00 and punitive damages in the amount of $80,000.00.

**FURTHREMORE, IT IS ORDERED AND ADJUDGED** pursuant to the verdict returned on October 8, 2025, that the jury finds: In favor of Defendant Advancia Technologies, LLC on the FMLA retaliation claim.


October 9, 2025.
Date

Paige Wymore-Wynn
Clerk of Court

/s/ Tracey D. Peters
(by) Deputy Clerk